**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

**JERMAINE EPPS** — **CIVIL ACTION NO. 23-140-P**

**VERSUS** — **JUDGE DOUGHTY**

**DANIEL THOMAS, ET AL.** — **MAGISTRATE JUDGE HORNSBY**

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 8] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 1st day of August 2023.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**